# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                        CASE NO.  3:07cr63LAC

GRADY D. WEST

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __May 7, 2007__

Motion/Pleadings: __REQUEST FOR JUDICIAL NOTICE__

Filed by __GOVERNMENT__ on __5/3/2007__ Doc.# __13__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of May, 2007, that:*

*(a) The relief requested is* ***GRANTED.***

*(b)* _____

                                     *s/L.A. Collier*
                                     ***LACEY A. COLLIER***
                                     *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.